IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER THOMAS "TOM" ABRAHAMSON;<br>OFFICER JERRY KING, also known as<br>JERRY CALACUG; and CITY AND<br>COUNTY OF SAN FRANCISCO,<br><br>    Defendants.<br>_____/ | No. C 12-80144M CW<br><br>ORDER RETURNING<br>COMPLAINT TO<br>PLAINTIFF |

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts
    of terror against Mr. Grimes, his family and other
    citizens;

    (2) an injunction against the defendants to prevent them
    from kidnaping, framing, falsely imprisoning or
    otherwise terrorizing Mr. Grimes, his family, and other
    citizens;

    (3) a court order for the defendants to be subjected to
    a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

1  The Court has reviewed the instant complaint, C12-80144M, and
2  finds that it alleges that Defendants are covert terrorists and
3  that they conspired with a diverse group of others to commit acts
4  of terror against Mr. Grimes and others.  It also seeks a court
5  order for the defendants to be subjected to a lie detector test.
6  Because this complaint concerns multiple matters mentioned in the
7  pre-filing order, the Clerk of the Court is ordered not to file
8  it.  Instead, the complaint shall be returned to Plaintiff.
9     IT IS SO ORDERED.

Dated:  8/7/2012

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California